# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gropper, Allan L. | US Bankruptcy Court | 07/25/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Bankruptcy Court, Alexander
Hamilton Custom House,
1 Bowling Green, NY, NY 10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | The Browning School |
| 2. | Treasurer and Member of Executive Committee | Association of the Bar of the City of New York (from May 2011) |
| 3. | Treasurer and Member, Board of Directors | Association of the Bar of the City of New York Fund, Inc. (from May 2011) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/00 | White & Case LLP Retirement Income Plans (former law firm; no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Fordham Law School (teaching) | $5,000 |
| 2. | 2011 | Retirement income from White & Case LLP Retirement Income Plan | $41,517 |
| 3. | 2011 | INSOL International (teaching) | $1,642.00 |
| 4. | 2011 | Matthew Bender & Co. Inc. (editing textbook) | $1,360.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Columbia University (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United Nations Cmsn on Intl Trade Law and INSOL Intl | 03/08/2011-03/11/2011 | Singapore, Singapore | Seminar and program | Transportation, meals, lodging |
| 2. | Assn. Francaise en Faveur de L'Institution Consulaire | 04/18/2011-04/20/2011 | Paris, France | Seminar and program | Transportation, meals, lodging |
| 3. | INSOL International | 05/18/2011-05/20/2011 | Tortola, British West Indies | Seminar and program | Transportation, meals, lodging |
| 4. | University of Kentucky | 06/02/2011-06/03/2011 | Lexington, KY | Seminar and program | Transportation, meals, lodging |
| 5. | Bay Area Bankruptcy Forum | 07/05/2011-07/06/2011 | San Francisco, CA | Seminar and program | Transportation, meals, lodging |
| 6. | American Bar Association | 8/05/2011-08/06/2011 | Toronto, Canada | Seminar and program | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Manhattan Bank Account | A | Interest | L | T | | | | | |
| 2. Comcast Corp. stock | A | Dividend | | | Sold | 12/19/11 | J | D | |
| 3. T Rowe Price Intl New Asia Fund | A | Dividend | | | Sold | 12/23/11 | K | E | |
| 4. Brandywine Fund Inc. | | None | L | T | | | | | |
| 5. Keybank | A | Interest | L | T | | | | | |
| 6. DNG Acquisition Group LLC | B | Distribution | J | U | | | | | |
| 7. Sheridan Properties I, LLC | A | Distribution | J | U | | | | | |
| 8. Sheridan Equity Partners | | None | J | U | | | | | |
| 9. JP Morgan Bank Account | A | Interest | J | T | | | | | |
| 10. Trust u/w/o ▇ Member | E | Int./Div. | O | T | | | | | |
| 11. -US Treasury Notes | | | | | | | | | |
| 12. - Air Products & Chems stock | | | | | Sold | 10/06/11 | J | C | |
| 13. - Allstate Corp. stock | | | | | Sold (part) | 08/01/11 | J | | |
| 14. -Allstate Corp. stock | | | | | Sold (part) | 09/02/11 | J | | |
| 15. - Exxon Mobil Corp. stock | | | | | | | | | |
| 16. - General Mills stock | | | | | | | | | |
| 17. - Goodrich Corp. stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - NYS Environmental Facs Corp. Bond | | | | | | | | | |
| 19. - Royal Dutch Petroleum stock | | | | | | | | | |
| 20. - Tax Exempt Securities Trust | | | | | | | | | |
| 21. -Vanguard Tax Managed Balanced Fund | | | | | Buy | 01/03/11 | M | | |
| 22. - Worldwide Golf Resources stock | | | | | | | | | |
| 23. - Nassau County Swr Fin Auth Bond | | | | | | | | | |
| 24. -Nassau County Swr Fin Auth Bond | | | | | Buy (add'l) | 10/27/11 | J | | |
| 25. -Vanguard Life Strategy Inc. Fund | | | | | | | | | |
| 26. -Longleaf Partners Inc. Fund | | | | | | | | | |
| 27. -Longleaf Partners Inc. Fund | | | | | Buy (add'l) | 02/09/11 | J | | |
| 28. -Churchville Chili NY School Bond | | | | | Redeemed | 06/15/11 | K | A | |
| 29. - Bay Shore NY School Dist Bond | | | | | | | | | |
| 30. - Hewlett-Woodmere NY Sch Dist Bond | | | | | Redeemed | 07/18/11 | J | | |
| 31. - Met. Transp. Auth 5.25% Bond | | | | | | | | | |
| 32. - NYC Ser C-1 5.25% Bond | | | | | | | | | |
| 33. - NYC Ser C-1 5.25% Bond | | | | | | | | | |
| 34. - NYC Ser E 5.0% Bond | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - NYC Ser K 4.0% Bond | | | | | | | | | |
| 36.  - South Huntington NY Sch Dist Bond | | | | | | | | | |
| 37.  -Vanguard Index Fund Short Term | | | | | | | | | |
| 38.  - Vanguard World Utilities | | | | | | | | | |
| 39.  -NYC Health Hosp Corp Rfdg Ser A | | | | | Buy | 07/13/11 | J | | |
| 40.  -Wisconsin St. Rfdg Ser 1 | | | | | Buy | 06/17/11 | J | | |
| 41.  -Tilson Dividend Fund | | | | | Buy | 02/23/11 | K | | |
| 42.  -PIMCO Unconstrained Bond Fund | | | | | Buy | 02/02/11 | K | | |
| 43.  -FPA Crescent Portfolio Fund | | | | | Buy | 01/03/11 | K | | |
| 44.  -Vanguard Life Income Fund | | | | | Buy | 02/09/11 | K | | |
| 45.  FDIC Insured Bank Deposits | A | Dividend | L | T | | | | | |
| 46.  Exxon Mobil Corp. stock | C | Dividend | M | T | | | | | |
| 47.  Allstate Corp. stock | A | Dividend | K | T | Sold (part) | 08/01/11 | J | D | |
| 48.  Allstate Corp. stock | A | Dividend | K | T | Sold (part) | 09/02/11 | J | C | |
| 49.  Brown Forman stock | A | Dividend | K | T | | | | | |
| 50.  Costco Wholesale Corp stock | A | Dividend | K | T | | | | | |
| 51.  Johnson & Johnson stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Health Care Fund | A | Dividend | K | T | Sold (part) | 08/02/11 | K | B | |
| 53. Vanguard Dividend Growth Income Fund | B | Dividend | L | T | | | | | |
| 54. Vanguard Tax Managed Small Cap Fund | A | Dividend | M | T | Sold (part) | 10/07/11 | J | A | |
| 55. Vanguard Tax Managd Small Cap Fund | A | Dividend | M | T | Sold (part) | 11/07/11 | J | A | |
| 56. Vanguard Tax Managd Small Cap Fund | A | Dividend | M | T | Sold (part) | 12/07/11 | J | A | |
| 57. Vanguard Growth Index Fund | A | Dividend | | | Sold (part) | 09/07/11 | K | C | |
| 58. Vanguard Growth Index Fund | A | Dividend | | | Sold | 09/26/11 | K | C | |
| 59. Vanguard Index Fund | A | Dividend | | | Sold | 05/17/11 | J | C | |
| 60. Vanguard Total International Fund | B | Dividend | L | T | Sold (part) | 07/28/11 | K | A | |
| 61. Vanguard Index Fund-Short Term | A | Dividend | K | T | | | | | |
| 62. Vanguard High Yield Corp. Fund | B | Dividend | K | T | Buy | 01/03/11 | K | | |
| 63. Vanguard Wellesley Income Fund | A | Dividend | K | T | Buy | 08/03/11 | K | | |
| 64. PIMCO Unconstrained Bond Fund | A | Dividend | K | T | Buy | 08/03/11 | K | | |
| 65. Amherst NY Rfdg Bond | B | Interest | K | T | | | | | |
| 66. Blind Brook-Rye School Dist Bond | A | Interest | | | Redeemed | 05/06/11 | J | A | |
| 67. Elwood NY Sch Dist Bond | A | Interest | J | T | | | | | |
| 68. New Rochelle Series A Bond | A | Interest | | | Redeemed | 12/15/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NYS Series H Bond | A | Interest | | | Redeemed | 03/15/11 | J | A | |
| 70. NYC Series G 5.35% Bonds | B | Interest | K | T | | | | | |
| 71. NYS Dorm. Auth Fin. Authority Bonds | B | Interest | J | T | | | | | |
| 72. NYS Environmental Facs. Bond | A | Interest | | | Redeemed | 03/18/11 | K | A | |
| 73. NYC Transitional Finance Auth Bonds | B | Interest | K | T | | | | | |
| 74. Riverhead NY Pub. Bond | A | Interest | J | T | | | | | |
| 75. Saratoga Spr. Series A Bond | A | Interest | | | Redeemed | 06/15/11 | K | A | |
| 76. Sag Harbor NY Sch Dist Bond | B | Interest | K | T | | | | | |
| 77. Berkshire Hathaway | | None | K | T | | | | | |
| 78. NYS Twy Auth Ser A 5.0% | A | Interest | K | T | Buy | 06/16/11 | K | | |
| 79. Charles Schwab IRA | G | Int./Div. | P1 | T | | | | | |
| 80. -Schwab US Treas. Money Fund | | | | | | | | | |
| 81. -Blackrock GNMA | | | | | Buy (add'l) | 12/07/11 | M | | |
| 82. -Driehaus Active Income Fund | | | | | Buy | 01/25/11 | N | | |
| 83. -Driehaus Active Income Fund | | | | | Sold (part) | 08/22/11 | M | | |
| 84. -Driehaus Active Income Fund | | | | | Sold | 09/20/11 | M | | |
| 85. -Managers Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Dodge & Cox Income Fund | | | | | Sold (part) | 08/26/11 | M | E | |
| 87. -DoubleLine Total Return Bond Fund | | | | | | | | | |
| 88. -FPA New Income Fund | | | | | | | | | |
| 89. -Permanent Portfolio Specialty Fund | | | | | Sold (part) | 09/22/11 | N | F | |
| 90. -Permanent Portfolio Specialty Fund | | | | | Sold | 09/26/11 | M | E | |
| 91. -Rydex Inverse Govt Long Bond Fund | | | | | Buy | 10/10/11 | M | | |
| 92. -Rydex Inverse Govt Long Bond Fund | | | | | Sold (part) | 11/01/11 | L | | |
| 93. -Rydex Inverse Govt Long Bond Fund | | | | | Sold | 11/22/11 | M | | |
| 94. -Rydex Long/Short Interest Rate Strategy | | | | | Sold (part) | 03/17/11 | M | | |
| 95. -Invesco Van Kampen Equity & Income Fund | | | | | Buy | 03/21/11 | N | | |
| 96. -Invesco Van Kampen Equity & Income Fund | | | | | Sold | 08/05/11 | M | | |
| 97. -ProFunds Rising Rates Oppty. Fund | | | | | Buy | 01/25/11 | M | | |
| 98. -ProFunds Rising Rates Oppty. Fund | | | | | Sold | 05/06/11 | M | | |
| 99. - Vanguard STAR Fund | | | | | | | | | |
| 100. - Vanguard Wellington Fund | | | | | | | | | |
| 101. -Vanguard Growth & Income Fund | | | | | | | | | |
| 102. - Vanguard Explorer Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vanguard Equity Fund | | | | | | | | | |
| 104. - Vanguard 500 Index Fund | | | | | | | | | |
| 105. NYS 529 College Savings Account (no control) | A | Dividend | J | T | | | | | |
| 106. -Mid-Cap Stock Index Portfolio | | | | | | | | | |
| 107. -Small-Cap Stock Index Portfolio | | | | | | | | | |
| 108. -Bond Market Index Portfolio | | | | | | | | | |
| 109. Columbia Univ SIP | B | Dividend | N | T | Buy addtl | 01/31/11 | J | | |
| 110. Charles Schwab IRA | D | Int./Div. | N | T | | | | | |
| 111. - Schwab US Treas. Money Fund | | | | | | | | | |
| 112. -American High Income Bond Fund | | | | | Buy (add'l) | 04/06/11 | K | | |
| 113. -American High Income Bond Fund | | | | | Buy (add'l) | 10/27/11 | K | | |
| 114. -American High Income Bond Fund | | | | | Sold (part) | 08/08/11 | J | | |
| 115. -American Funds Capital Income Builder | | | | | Buy (add'l) | 01/11/11 | J | | |
| 116. -American Funds Capital Income Builder | | | | | Sold | 08/18/11 | K | | |
| 117. -Bond Fund of America | | | | | | | | | |
| 118. -Federated Bond Fund | | | | | | | | | |
| 119. -Loomis Sayles Strategic Income Fund | | | | | Sold (part) | 08/24/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Loomis Sayles Strategic Income Fund | | | | | Sold | 09/22/11 | J | | |
| 121. -Metropolitan West Total Return Bond Fund | | | | | | | | | |
| 122. -PIMCO Foreign Bond D | | | | | | | | | |
| 123. -PIMCO Total Return D | | | | | | | | | |
| 124. -Invesco Van Kampen Equity & Inc. Fund | | | | | Buy | 02/10/11 | K | | |
| 125. -Invesco Van Kampen Equity & Inc. Fund | | | | | Buy (add'l) | 04/15/11 | J | | |
| 126. -Invesco Van Kampen Equity & Inc. Fund | | | | | Sold (part) | 08/04/11 | J | | |
| 127. -Invesco Van Kampen Equity & Inc. Fund | | | | | Sold | 08/08/11 | J | | |
| 128. -ProFunds Rising Rates Oppty. Fund | | | | | Buy | 10/11/11 | J | | |
| 129. -ProFunds Rising Rates Oppty. Fund | | | | | Sold (part) | 11/01/11 | J | | |
| 130. -ProFunds Rising Rates Oppty. Fund | | | | | Sold | 11/23/11 | J | | |
| 131. -Rydex Inverse Govt Long Bond Fund | | | | | Buy (add'l) | 07/19/11 | J | | |
| 132. -Rydex Inverse Govt Long Bond Fund | | | | | Sold (part) | 03/16/11 | J | | |
| 133. -Rydex Inverse Govt Long Bond Fund | | | | | Sold (part) | 05/04/11 | J | | |
| 134. -Rydex Inverse Govt Long Bond Fund | | | | | Sold (part) | 08/03/11 | J | | |
| 135. -Rydex Inverse Govt Long Bond Fund | | | | | Sold | 08/10/11 | J | | |
| 136. -Rydex Inverse High Yield Strategy H Fund | | | | | Buy | 09/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Rydex Inverse High Yield Strategy H Fund | | | | | Sold | 10/26/11 | J | | |
| 138.  -Gateway Index Plus Fund | | | | | Sold (part) | 08/09/11 | J | B | |
| 139.  -Gateway Index Plus Fund | | | | | Buy (add'l) | 12/29/11 | J | | |
| 140.  -Rydex Healthcare Fund | | | | | Buy | 11/03/11 | J | | |
| 141.  -Rydex Healthcare Fund | | | | | Buy (add'l) | 11/11/11 | J | | |
| 142.  -Rydex Healthcare Fund | | | | | Buy (add'l) | 12/29/11 | J | | |
| 143.  -Rydex Healthcare Fund | | | | | Sold (part) | 11/22/11 | J | | |
| 144.  -Rydex Inverse Emerging Mkts 2X | | | | | Buy | 03/11/11 | J | | |
| 145.  -Rydex Inverse Emerging Mkts 2X | | | | | Sold | 07/08/11 | J | | |
| 146.  -Rydex Inverse High Yield Strategy H | | | | | Buy | 11/17/11 | K | | |
| 147.  -Rydex Inverse High Yield Strategy H | | | | | Buy (add'l) | 11/23/11 | J | | |
| 148.  -Rydex Inverse High Yield Strategy H | | | | | Sold (part) | 11/28/11 | J | A | |
| 149.  -Rydex Inverse High Yield Strategy H | | | | | Sold | 12/02/11 | J | | |
| 150.  -Loomis Sayles Bond Fund | | | | | Buy (add'l) | 10/24/11 | J | | |
| 151.  -Loomis Sayles Bond Fund | | | | | Sold (part) | 11/21/11 | J | A | |
| 152.  -Loomis Sayles Bond Fund | | | | | Sold (part) | 09/23/11 | K | C | |
| 153.  -Loomis Sayles Bond Fund | | | | | Buy (add'l) | 12/29/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Pioneer Global High Yield A | | | | | Sold (part) | 08/09/11 | K | C | |
| 155. -Pioneer Global High Yield A | | | | | Sold | 08/24/11 | J | A | |
| 156. -Pioneer High Yield Fund Class A | | | | | Sold (part) | 08/04/11 | K | B | |
| 157. -Pioneer High Yield Fund Class A | | | | | Sold | 08/08/11 | J | A | |
| 158. -Pro Funds Short Real Estate Fund | | | | | Buy | 09/29/11 | J | | |
| 159. -Pro Funds Short Real Estate Fund | | | | | Sold | 10/21/11 | J | A | |
| 160. -Rydex Technology | | | | | Sold (part) | 03/10/11 | J | B | |
| 161. -Rydex Technology | | | | | Sold (part) | 06/10/11 | J | A | |
| 162. -Rydex Technology | | | | | Sold | 06/16/11 | J | | |
| 163. -DireXion HY Bear Fund | | | | | Buy | 06/17/11 | K | | |
| 164. -DireXion HY Bear Fund | | | | | Buy (add'l) | 08/02/11 | J | | |
| 165. -DireXion HY Bear Fund | | | | | Sold (part) | 10/12/11 | K | | |
| 166. -DWS High-Yield Fund | | | | | Buy | 10/26/11 | J | | |
| 167. -DWS High-Yield Fund | | | | | Buy (add'l) | 10/27/11 | J | | |
| 168. -JP Morgan Core Plus Bond Fund A | | | | | | | | | |
| 169. -Franklin Convertible Securities A | | | | | Buy | 02/08/11 | K | | |
| 170. -Franklin Convertible Securities A | | | | | Sold (part) | 08/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Franklin Convertible Securities A | | | | | Sold | 08/08/11 | J | | |
| 172. -Schwab Emerging Markets Equity | | | | | Sold (part) | 05/24/11 | J | | |
| 173. -Schwab Emerging Markets Equity | | | | | Sold | 08/05/11 | J | | |
| 174. -T.Rowe Price Capital Appreciation | | | | | Sold (part) | 08/08/11 | J | A | |
| 175. -T.Rowe Price Capital Appreciation | | | | | Sold | 08/18/11 | J | A | |
| 176. -Pro Funds Large Cap Growth | | | | | Sold (part) | 03/15/11 | J | A | |
| 177. -Pro Funds Large Cap Growth | | | | | Sold | 06/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 07/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 106.    These are monthly contributions to a SIP account by automatic deductions from a paycheck.  No further information is available.

Part VII, Line 36.    On the 2010 form lines 40 and 48 were duplicates and both showed ownership of South Huntington NY School Dist bonds.  This holding has been continued at line 36 only.

Part VII, lines 105-108.    In amended report, line 105 has been amended and lines 106-108 have been added in response to letter dated July 17, 2012.  All subsequent line numbers have been changed accordingly.

Part VII, lines 176-177    In amended report, lines 176-177 have been added to correct an omission in the initial report, in response to letter dated July 17, 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allan L. Gropper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544